IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIERRA CLUB, | ) |
| Petitioner, | ) |
| v. | ) |
| MICHAEL S. REGAN, in his official capacity as Administration of the United States Environmental Protection Agency, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) No. 22-70177 |
| Respondents | ) |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, | ) |
| Intervenor. | ) |

**STIPULATED MOTION TO DISMISS**

Pursuant to Fed. R. App. P. 42, Petitioner Sierra Club, Respondents Michael S. Regan, and the U.S. Environmental Protection Agency, and Intervenor Salt River Project Agricultural Improvement and Power District file this stipulated motion to dismiss this petition for review. The parties have agreed on the following terms for dismissal:

1. This petition will be dismissed without prejudice.

2. All parties will bear their own costs, fees, and attorney fees related to this petition.

Accordingly, the parties request an order dismissing this petition.

DATED: This 6th day of April 2023.

Respectfully submitted,

s/ John Barth
John Barth
Attorney at Law
P.O Box 409
Hygiene, CO 80533
(303) 774-8868
barthlawoffice@gmail.com
Attorney for Petitioner Sierra Club

s/ Sonya J. Shea
Sonya J. Shea
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street South Terrace, Suite 370
Denver, CO 80202
(303) 844-7231
sonya.shea@usdoj.gov
Attorney for Respondents Michael Regan and U.S. EPA

s/ Makram B. Jaber
McGuire Woods LLP
888 16th Street NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006

(202) 857-1700
mjaber@mcguirewoods.com
Attorney for Intervenor Salt River
Project Agricultural Improvement and
Power District

## CERTIFICATE OF SERVICE

I certify on this 6th day of April 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/EDF system and thereby served all registered counsel by the CM/ECF system.

s/ John Barth